UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Jude JEAN,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.: 26-cv-5443-AGS-DDL

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Jude Jean seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He “requests release” from detention (ECF 1, at 7), and “the government does not oppose the petition” (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk’s Office must issue a judgment and close this case.

Dated: September 26, 2026

Hon. Andrew G. Schopler
United States District Judge